**SAO**
J. SCOTT DILBECK, ESQ.
Nevada Bar No. 10565
scott@naimidilbeck.com
JASON NAIMI, ESQ.
Nevada Bar No. 9441
jason@naimidilbeck.com
NAIMI, DILBECK & JOHNSON, CHTD.
5495 S. Rainbow Blvd., Ste. 202-C
Las Vegas, Nevada 89118
(702) 823-3333 Tel
(702) 823-3300 Fax
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MILITE WOLDEMICHAEL,<br><br>             Plaintiff,<br><br>       v.<br><br>AUTOZONE WEST, INC. d/b/a AUTOZONE, a Foreign Corporation; and DOES I through X, inclusive; and ROE CORPORATIONS XI through XX, inclusive,<br><br>             Defendants. | CASE NO.:   2:12-cv-02152-GMN-PAL<br><br>(District Court Case No.: A-12-665302-C) |

**STIPULATION AND ORDER TO REMAND CASE TO STATE COURT**

COMES NOW, Plaintiff, Milite Woldemichael, by and through her respective counsel of record, J. Scott Dilbeck, Esq., of the law firm of Naimi, Dilbeck & Johnson, Chtd., and Defendants, Autozone West, Inc. dba Autozone, by and through their respective counsel of record, Jonathan B. Owens, Esq. of the law firm of Alverson, Taylor, Mortensen & Sanders, and hereby stipulate and agree to the following:

///

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties that the amount in controversy as to all Plaintiffs in the above-referenced case is not more than $75,000.00 pursuant to 28 USC § 1332.

**IT IS FURTHER STIPULATED AND AGREED** by and between the parties that the above-referenced case be remanded to state court pursuant to 28 USC § 1447.

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties that Plaintiff will not present Defendant AutoZone West, Inc., with a settlement demand in excess of $75,000.00 during the course of litigation of this matter.

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties that should this matter proceed to trial, the maximum amount of damages which can be awarded to Plaintiff shall be capped at $75,000.00, inclusive of fees and costs. Under no circumstances can any award exceed $75,000.00.

**IT IS SO STIPULATED.**

DATED this __15th__ day of March, 2013.

| Respectfully Submitted by: | Approved as to form and content: |
|---|---|
| /s/ *J. Scott Dilbeck, Esq.* | /s/ *Andres Camacho, Esq.* |
| J. SCOTT DILBECK, ESQ. | JONATHAN B. OWENS, ESQ. |
| Nevada Bar No. 10565 | Nevada Bar No. 7118 |
| JASON NAIMI, ESQ. | ANDRES CAMACHO, ESQ. |
| Nevada Bar No. 9441 | Nevada Bar No. 11072 |
| 5495 S. Rainbow Blvd., Ste. 202-C | 7401 W. Charleston Blvd. |
| Las Vegas, NV 89118 | Las Vegas, NV 89117 |
| (702) 823-3333 Tel | (702) 384-7000 Tel |
| (702) 823-3300 Fax | (702) 385-7000 Fax |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**ORDER**

Based upon the Stipulation of the parties, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the above-referenced case be remanded to state court pursuant to 28 USC § 1447.

**IT IS FURTHER ORDERED** that Plaintiff will not present Defendant AutoZone West, Inc., with a settlement demand in excess of $75,000.00 during the course of litigation of this matter.

**IT IS FURTHER ORDERED** that should this matter proceed to trial, the maximum amount of damages which can be awarded to Plaintiff shall be capped at $75,000.00, inclusive of fees and costs. Under no circumstances can any award exceed $75,000.00.

**IT IS SO ORDERED.**

**DATED** this 18th day of March, 2013.

_____
Gloria M. Navarro
United States District Judge

| Respectfully Submitted by: | Approved as to form and content: |
|---|---|
| /s/ *J. Scott Dilbeck, Esq.* | /s/ *Andres Camacho, Esq.* |
| J. SCOTT DILBECK, ESQ. | JONATHAN B. OWENS, ESQ. |
| Nevada Bar No. 10565 | Nevada Bar No. 7118 |
| JASON NAIMI, ESQ. | ANDRES CAMACHO, ESQ. |
| Nevada Bar No. 9441 | Nevada Bar No. 11072 |
| 5495 S. Rainbow Blvd., Ste. 202-C | 7401 W. Charleston Blvd. |
| Las Vegas, NV 89118 | Las Vegas, NV 89117 |
| (702) 823-3333 Tel | (702) 384-7000 Tel |
| (702) 823-3300 Fax | (702) 385-7000 Fax |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |